**No. 11-6327. Terrell Dubois, Petitioner v. Maine.**

565 U.S. 988, 132 S. Ct. 522, 181 L. Ed. 2d 367, 2011 U.S. LEXIS 7875.

October 31, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Maine denied.

**No. 11-6328. Bruce Cunningham, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 988, 132 S. Ct. 522, 181 L. Ed. 2d 367, 2011 U.S. LEXIS 7815.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6331. William Cecil Thornton, Petitioner v. California.**

565 U.S. 988, 132 S. Ct. 522, 181 L. Ed. 2d 367, 2011 U.S. LEXIS 7836.

October 31, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 11-6340. Matthew Skamfer, Petitioner v. William Pollard, Warden.**

565 U.S. 988, 132 S. Ct. 523, 181 L. Ed. 2d 367, 2011 U.S. LEXIS 7917.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-6342. Devino Patera Putney, Petitioner v. United States.**

565 U.S. 988, 132 S. Ct. 523, 181 L. Ed. 2d 367, 2011 U.S. LEXIS 7717.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 377 Fed. Appx. 302.

**No. 11-6348. Lawrence Williams, Petitioner v. Wisconsin.**

565 U.S. 988, 132 S. Ct. 523, 181 L. Ed. 2d 367, 2011 U.S. LEXIS 7839.

October 31, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District I, denied.

Same case below, 332 Wis. 2d 805, 798 N.W.2d 320.

**No. 11-6361. Rex I. Hatfield, Petitioner v. United States.**

565 U.S. 988, 132 S. Ct. 523, 181 L. Ed. 2d 367, 2011 U.S. LEXIS 7774.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 423 Fed. Appx. 648.